CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY v. HENRY HOLLING

and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.